AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| Choq, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:20-cv-00404-NF-KHR |
| Holistic Healing, LLC | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION
## ON COMPLAINT AND AMENDED COMPLAINT

To: *(Defendant's name and address)*  Holistic Healing, LLC
530-B Harkle Rd., Ste 100
Santa Fe, NM 87505

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kristina Martinez
Egolf Ferlic Martinez Harwood
123 West San Francisco St., 2nd Floor
Santa Fe, NM 87501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Wednesday, April 29, 2020

Amy Padilla
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-00404-NF-KHR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Holistic Healing, LLC
was received by me on *(date)* 04/29/2020 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* High Desert Corporate Filings, LLC , who is
designated by law to accept service of process on behalf of *(name of organization)* Holistic Healing, LLC
on *(date)* 04/29/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/29/2020

*Server's signature*

Devon Kovac, Paralegal
*Printed name and title*

123 West San Francisco Street, 2nd Floor, Santa Fe, NM 87501
*Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| **From:** | Devon Kovac |
| **To:** | "18553301010@efaxsend.com" |
| **Subject:** | Summons and Complaint for Holistic Healing, LLC |
| **Date:** | Wednesday, April 29, 2020 15:24:00 |
| **Attachments:** | 2020.04.27 - 1- Complaint.pdf |
| | 2020.04.27 - 1.1 - Civil Cover Sheet.pdf |
| | 2020.04.27 - 1.2 - Certification of Good Standing.pdf |
| | 2020.04.29 - 6 - Amended Complaint.pdf |
| | 20cv404 NF-KHR Fed Summons signed DK.pdf |
| | image002.png |

Greetings,

Thank you for accepting service directed to Holistic Healing, LLC via fax.

Attached please find:
- Summons (2 pages)
- Civil Cover Sheet (2 pages)
- Certificate of Good Standing (2 pages)
- Complaint (11 pages)
- Amended Complaint (11 pages)

If you do not receive all the pages of the 5 documents please let me know.

Regards,
Devon

Devon Kovac
Office: 505-780-4502
Cell: 505-577-1754
Email: Devon@EgolfLaw.com

| | |
|---|---|
| **From:** | send@mail.efax.com |
| **To:** | devon@egolflaw.com |
| **Subject:** | Successful transmission to 18553301010. Re: Summons and Complaint for Holistic Healing, LLC |
| **Date:** | Wednesday, April 29, 2020 15:42:11 |

eFax_Faxing_Simplified

Your fax was successfully sent to 18553301010 by eFax.

### Fax Details

**Date:** 2020-04-29 21:42:12 (GMT)
**Number of Pages:** 30
**Length of Transmission:** 964 seconds
**Receiving Machine Fax ID:** VFT432

If you have any questions, please visit our online help center or contact Customer Support.

Thank you for choosing eFax.

Sincerely,
The eFax Team

**Tip:** Switch to an annual plan – it's like getting 2 months free every year! Call (800) 958-2983 or email help@mail.efax.com.

| Download the App:  | Follow us:     |
|---|---|

© 2020 J2 Global, Inc. or its affiliates (collectively, "J2"). All rights reserved.
eFax is a registered trademark of J2.
700 S. Flower St., 15th Floor, Los Angeles, CA 90017

This account is subject to the terms listed in the eFax Customer Agreement.