UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHOQ, LLC,
a Texas Limited Liability Company               CASE NO.: 1:20-cv-00404-NF-KHR

    Plaintiff,
v.

HOLISTIC HEALING, LLC,
a New Mexico limited liability company, and
JOHN DOE, an individual,

    Defendants.

## NOTICE OF COMPLETION OF BRIEFING

Pursuant to D.N.M.LR-Civ. 7.4(e), Defendant Holistic Healing, LLC ("Defendant") hereby notifies the Court that its Motion to Dismiss Plaintiff's Amended Complaint is ready for decision. Defendant filed its Motion to Dismiss Plaintiff's Amended Complaint on June 8, 2020. [Doc. 13]. Plaintiff filed its Response to Defendants' Motion to Dismiss on June 22, 2020 [Doc. 17].

    Respectfully Submitted:

    BUSINESS LAW SOUTHWEST LLC

    */s/ Donald F. Kochersberger III*

    _____
    Donald F. Kochersberger III
    Timothy R. Mortimer
    320 Gold Ave. SW, Suite 610
    Albuquerque, New Mexico 87102-3299
    (505) 848-8581 (Voice)
    (505) 848-8593 (Facsimile)
    Donald@BusinessLawSW.com (E-Mail)
    Timothy@BusinessLawSW.com (E-Mail)

    -and-

BLEAKLEY BAVOL DENMAN & GRACE

 */s/ J. Ronald Denman*

_____
J. Ronald Denman, Esq.
Florida Bar No.: 0863475
Victoria Pearce, Esq.
Florida Bar. No.: 100806
15316 N. Florida Avenue
Tampa, FL 33613
813-221-3759
rdenman@bbdglaw.com
nlafferty@bbdglaw.com
eservice@bbdglaw.com
*Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 30th day of June 2020, I filed the foregoing electronically through the CM/ECF system, which caused all counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kristina Martinez
EGOLF + FERLIC +
MARTINEZ + HARWOOD, LLC
kmartinez@EgolfLaw.com


John Di Giacomo
Eric Misterovich
Amanda Osorio
REVISION LEGAL, PLLC
john@revisionlegal.com
eric@revisionlegal.com
amanda@revisionlegal.com


 */s/ Donald F. Kochersberger III*
Donald F. Kochersberger III

2