**From:** Victoria Pearce <vpearce@bbdglaw.com>
**Sent:** Thursday, August 6, 2020 8:50 AM
**To:** Amanda Osorio <amanda@revisionlegal.com>; John Di Giacomo <john@revisionlegal.com>
**Cc:** Ron Denman <rdenman@bbdglaw.com>; Rebecca Velazquez <rvelazquez@bbdglaw.com>; Nicole Lafferty <nlafferty@bbdglaw.com>
**Subject:** RE: Choq, LLC v. Holistic Healing

Hi Amanda,

Just following up on the below request. Please advise ASAP.

Thanks,
Victoria

**From:** Victoria Pearce
**Sent:** Tuesday, August 4, 2020 12:15 PM
**To:** 'Amanda Osorio'; John Di Giacomo
**Cc:** Ron Denman; Rebecca Velazquez; Nicole Lafferty
**Subject:** Choq, LLC v. Holistic Healing
**Importance:** High

Amanda,

In accordance with the Federal Rules of Civil Procedure, we would like to schedule a Rule 26(f) conference to create the pre-trial discovery plan. Please advise of your earliest availability for this conference.

Best,
**Victoria McLaughlin**
*(formerly Victoria Pearce)*
**Attorney**
Bleakley Bavol Denman & Grace
15316 N. Florida Avenue
Tampa, FL 33613
Tel: (813) 221-3759
Direct Tel: (813) 574-1438
Fax: (813) 221-3198
vpearce@bbdglaw.com
www.bbdglaw.com

This message originates from Bleakley Bavol Denman & Grace. This electronic message and all attachments hereto, if any, may contain legally privileged and confidential information intended

Exhibit A