UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHOQ, LLC,
a Texas Limited Liability Company, Plaintiff,

v.

HOLISTIC HEALING, LLC,
a New Mexico limited liability company, and
JOHN DOE, an individual,

No. 1:20-cv-00404-NF-KHR

     Defendants.

## NOTICE OF COMPLETION OF BRIEFING

Pursuant to D.N.M.LR-Civ. 7.4(e), Plaintiff hereby notifies the Court that its Motion for Leave to File a Second Amended Complaint and for an Extension of Time to File Its Second Amended Complaint ("Motion") is ready for decision. Plaintiff filed its Motion on October 14, 2020. [Doc. 33]. Defendant filed its Response to Plaintiff's on October 28, 2020 [Doc. 36] and Plaintiff filed its Reply in Support of its Motion on November 10, 2020. [Doc. 37].

Respectfully submitted,

/s/ Kristina Martinez
Kristina Martinez
EGOLF + FERLIC +
MARTINEZ + HARWOOD, LLC
123 W. San Francisco St., Second Floor
Santa Fe, NM 87501
(505) 986-9641
kmartinez@EgolfLaw.com

and

/s/ Amanda Osorio
Amanda Osorio
John Di Giacomo
Eric Misterovich
REVISION LEGAL, PLLC
444 Cass St., Suite D
Traverse City, MI 49684
(231) 714-0100
john@revisionlegal.com
eric@revisionlegal.com
amanda@revisionlegal.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2020, the foregoing document was filed via the Court's CM/ECF system and a copy thereof was served electronically upon all counsel of record, as reflected by the Court's CM/ECF system.

/s/ Kristina Martinez
Kristina Martinez
