**Registration #:** VA0002216823
**Service Request #:** 1-9114585801



Revision Legal, PLLC
John Di Giacomo
444 Cass St.
Suite D
Traverse City, MI 49684 United States

**Exhibit A**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

**VA 2-216-823**

**Effective Date of Registration:**
August 11, 2020

**Registration Decision Date:**
September 22, 2020

## Title

**Title of Work:** Choq Bruce Lee

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** June 27, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Choq, LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Choq, LLC
700 Lavaca St., Suite 1401, Austin, TX, 78701, United States

## Limitation of copyright claim

**Material excluded from this claim:** photograph
**New material included in claim:** text

## Rights and Permissions

**Organization Name:** Revision Legal, PLLC
**Name:** John Di Giacomo
**Email:** john@revisionlegal.com
**Telephone:** (231)714-0100
**Address:** 444 Cass St.
Suite D

Page 1 of 2

Traverse City, MI 49684 United States

## Certification

**Name:** John Di Giacomo
**Date:** August 11, 2020

**Correspondence:** Yes